'  IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–02510–EWN–CBS

WILLIAM COUMERILH,

    Plaintiff,

v.

TRICAM INDUSTRIES, INC., a Minnesota corporation, and
RMM CORPORATION, a Minnesota corporation d/b/a Tricam International,

    Defendants.

---

## ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636 (c)

---

Pursuant to D.C.COLO.LCivR 72.2, on the 14th day of February, 2006, the court was notified of the parties' unanimous consent to disposition of the above action by a United States magistrate judge. Now, therefore, being sufficiently advised, it is

**ORDERED** as follows:

1. The above action is referred for disposition to a magistrate judge pursuant to 28 U.S.C. § 636 (c);

2. The above action will be randomly assigned to a magistrate judge selected by random draw, excluding Magistrate Judge Craig B. Shaffer; and

3. Upon such reassignment, the above case number will be amended to reflect the magistrate judge to whom the case is reassigned.

Dated this 14th day of February, 2006.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                United States District Judge