# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No.  05-cv-02510-PAC-CBS

WILLIAM COUMERILH,

    Plaintiff,

v.

TRICAM INDUSTRIES, INC.,
a Minnesota corporation and
RMM CORPORATION,
a Minnesota corporation d/b/a Tricam International,

    Defendants.

---

## ORDER FOR DEFENDANT TO PAY PLAINTIFF'S TRAVEL EXPENSES

---

Pursuant to the Court's Minute Order dated August 15, 2006, the settlement conference in this matter was vacated.  Therefore, it is

ORDERED that the Defendant shall pay travel expenses of the Plaintiff for mileage from Durango, Colorado to Denver, Colorado and overnight accommodations for Plaintiff, as the Defendant's representative was unavailable for this scheduled settlement conference.

DATED at Denver, Colorado, this 21st day of August, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge