IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02510-PAC-CBS

WILLIAM COUMERILH,

    Plaintiff(s),

v.

TRICAM INDUSTRIES, INC., a Minnesota corporation, and
RMM Corporation, a Minnesota corporation, d/b/a Tricam International,

    Defendant(s).

_____

### MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

    IT IS HEREBY **ORDERED** that the Motion to Compel, or in the Alternative, to Strike Testimony of Defendant's Experts [filed August 24, 2006; Doc. No. 38] is **denied** without prejudice.  Plaintiff's counsel shall confer with opposing counsel in an attempt to resolve this issue.  If not resolved, the motion may be renewed no later than **September 18, 2006.**

Dated:  August 30, 2006