IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

**Civil Action No.** 05-cv-02510-MEH-CBS      **FTR – Courtroom A601**
**Date:** November 16, 2006      Cathy Coomes, Courtroom Deputy

WILLIAM COUMERILH,      Angela L. Ekker

     Plaintiff(s),

v.

TRICAM INDUSTRIES, INC.; and      Paul V. Kaulas (by phone)
RMM CORPORATION, d/b/a Tricam International;      Peter J. Moyson

     Defendant(s).

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE and MOTION HEARING**

**Court in session:**      **10:03 a.m.**

Court calls case.

Appearances of counsel.

Discussion regarding the status of the case and possible trial dates.

**ORDERED:**    1.    A trial to a jury is set for **February 26, 2007;** estimated length of trial is five (5) days.

         2.    A Trial Preparation Conference is set for **February 16, 2007, at 9:00 a.m.**

         3.    A Final Pretrial Conference is set for **December 19, 2006, at 9:30 a.m.** The proposed Final Pretrial Order is due on or before **December 9, 2006.**

Discussion and argument regarding Plaintiff's Renewed Motion to Strike Testimony of Defendant's Experts (Doc. #46, filed 9/18/06) and Plaintiff's First Motion to Strike Testimony of Jon Ver Halen (Doc. #34, filed 8/17/06).

The Court takes the motions under advisement.

**ORDERED:**   The depositions of experts shall be completed by December 31, 2006.  If the depositions are not completed by that date, Ms. Ekker is granted leave to renew her Motion to Strike.

**Court in recess:**     **10:47 a.m.**   (Hearing concluded)
Total time in court:     0:43