IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 05-cv-02510-MEH-CBS

WILLIAM COUMERILH,

      Plaintiff;

v.

TRICAM INDUSTRIES, INC.; and
RMM CORPORATION,
d/b/a Tricam International;

      Defendant.

---

### MINUTE ORDER REGARDING RENEWED MOTION TO STRIKE TESTIMONY OF DEFENDANT'S EXPERTS
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 22, 2006**

      Plaintiff has filed his Renewed Motion to Strike Testimony of Defendant's Experts (Filed September 18, 2006; Docket #46). The matter is briefed, and the Court held oral argument on November 16, 2006. The Renewed Motion is hereby **granted in part**, and **denied in part.**

      By separate Order, the Court has directed that all expert depositions occur by December 31, 2006. Based on the briefs and the arguments of counsel, the Court believes that Plaintiff did not file the Renewed Motion precipitously, but rather was being diligent in trying to have this case prepared for trial. Pursuant to Fed. R. Civ. P. 37(a)(4), the Court finds that the filing of the Renewed Motion was appropriate and necessary, and relief in the form of the compelled scheduling of the depositions was required. The Court believes that it is appropriate for the Defendant "to pay to the moving party the reasonable expenses incurred in making the motion, including attorney's fees." Fed. R. Civ. P. 37(a)(4). Plaintiff shall submit a declaration in support of such costs and fees by December 4, 2006. All other requests for sanctions are denied, without prejudice, subject to refiling in the event that depositions do not occur by December 31, 2006.