IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 05-cv-02510-MEH-CBS

WILLIAM COUMERILH,

    Plaintiff;

v.

TRICAM INDUSTRIES, INC.; and
RMM CORPORATION,
d/b/a Tricam International;

    Defendant.

---

**ORDER ON DEFENDANTS' MOTION TO BIFURCATE TRIAL
ON THE CONSUMER PROTECTION ACT CLAIM**

---

Defendants move to bifurcate the jury trial in this action by severing Plaintiff's claim under the Colorado Consumer Protection Act (CCPA), Colo. Rev. Stat. § 6-1-101 *et seq.* [Docket #96]. Defendants did not file this motion within the time limit set by the Court. Dock. #74, p. 7. Moreover, the primary argument in the motion is that the claim should be dismissed based on the facts. This should have been raised in a dispositive motion. In any event, even without these defects, the Court does not find that bifurcation is warranted here. "Bifurcation of issues is sanctioned by Federal Rule of Civil Procedure 42(b) 'in furtherance of convenience or to avoid prejudice, or when separate trials will be conducive to expedition and economy.'" *Palace Exploration Co. v. Petroleum Development Co.*, 316 F.3d 1110, 1119 (10th Cir. 2003). The Court does not find any serious issues of convenience or prejudice, nor will severance of the CCPA claim significantly assist the Court in terms of expedition and economy. Therefore, Defendants' motion will be denied. However, the

Court assumes Plaintiff is mindful of Colo. Rev. Stat. § 6-1-113(3) in determining the presentation of evidence at trial.

Accordingly, Defendants' Motion to Bifurcate Trial on the Consumer Protection Act Claim [Filed January 18, 2007; Docket #96] is **denied**.

Dated at Denver, Colorado this 14th day of February, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge