IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 05-cv-02510-MEH-CBS

WILLIAM COUMERILH,

    Plaintiff;

v.

TRICAM INDUSTRIES, INC.; and
RMM CORPORATION,
d/b/a Tricam International;

    Defendant.

---

### ORDER ON OBJECTIONS TO DESIGNATIONS OF DEPOSITION TESTIMONY
---

Before the Court are the parties designations of deposition testimony of witnesses Dennis Sampson and Dr. Cyril Bohachevsky and the corresponding objections. The objections are ruled on as follows.

<u>Plaintiff's objection to deposition testimony of Dennis Simpson (Docket #126)</u>:

| | | |
|---|---|---|
| 41:13 – 45:21 | Objection: | Overruled, with the understanding that lines 43:15 to 43:21 are not designated. |
| 63:10 – 64:6 | Objection: | Sustained. |
| 66:7 – 68:12 | Objection: | Overruled, with the understanding that lines 67:14 to 67:18 are not designated. |
| 79:9 – 21 | Objection: | Overruled. |
| 80:7 – 81:17 | Objection: | Overruled. |
| 116:20 – 117:15 | Objection: | Overruled. |
| 118:1 – 16 | Objection: | Overruled, with the understanding that lines 118:1-2 are not designated. |
| 119: 1 – 23 | Objection: | Overruled. |
| 129:1 – 132:10 | Objection: | Overruled, with the understanding that lines 129:1 and 129:22 to 130:12 are not designated. |
| 152:17 – 153:8 | Objection: | Overruled (the questioning actually begins on line 152:16). |
| 153:20 – 154:1 – 9 | Objection: | Overruled. |
| 154:14 – 155:2 | Objection: | Overruled, with the understanding that lines 154:10-13, and 154:23 to 155:1 are not |

|  |  |  |
|---|---|---|
|  |  | designated. |
| 155:4 – 156:3 | Objection: | Overruled, with the understanding that lines 155:17 and 155:22-24 are not designated. |

Defendants' objection to deposition testimony of Dennis Simpson (Docket #129):

|  |  |  |
|---|---|---|
| 6:7 – 8 | Objection: | Overruled. |
| 8: 13 – 17 | Objection: | Sustained. |
| 9:8 – 22 | Objection: | Overruled, except as to 9:20-22 sustained. |
| 11:2 – 11 | Objection: | Sustained. |
| 11:21 – 13:10 | Objection: | Overruled as to 11:21-24, 12:3, and 13:6-10; otherwise sustained. |
| 13:20 – 17:24 | Objection: | Sustained as to 13:20 to 16:13; overruled as to 16:14 to 17:2; sustained as to 17:3 to 17:17; overruled as to 17:18 to 18:1 |
| 22:1 – 29:24 | Objection: | Lines 22:1-8 are not designated; sustained as to 22:8 to 23:15; lines 23:16 to 24:15 are not designated; sustained as to 24:16 to 27:7; lines 27:8 to 28:21 are not designated; sustained as to 28:22 to 29:14 except overruled as to 29:10 to 29:12; lines 29:15 to 29:24 are not designated. |
| 36:1 – 24 | Objection: | Lines 36:1-2 and 36:24 are not designated; otherwise, overruled. |
| 38:1 – 24 | Objection: | Lines 38:1-2 overruled; lines 38:3-20 are not designated; lines 40:21-23 overruled; line 40:24 is not designated. |
| 40:1 – 41:24 | Objection: | Lines 40:1-13 are not designated; lines 40:14 (beginning with "With respect")-40:18 and 40:22-41:1 overruled; lines 41:2 to 41:24 are not designated by Plaintiff |
| 62:16 – 23 | Objection: | Sustained. |
| 64:21 – 65:8 | Objection: | Overruled. |
| 76:1 – 79:24 | Objection: | Line 76:1 to 76:5 are not designated by Plaintiff; lines 76:6 to 76:16 overruled; lines 76:17 to 77:22 are not designated by Plaintiff; lines 77:23 to 79:8 overruled; lines 79:9 to 79:21 are not designated by Plaintiff; lines 79:22 to 79:24 overruled. |
| 81:1 – 24 | Objection: | Lines 81:1 to 81:17 are not designated; lines 81:18 to 81:23 overruled; line 81:24 is not designated. |
| 85:1 – 24 | Objection: | Lines 85:1 to 85:10 are not designated; lines 85:11 to 85:24 overruled. |
| 87:1 – 88:24 | Objection: | Lines 87:1 to 87:20 overruled; lines 87:21 to 88:6 are not designated; lines 88:7 to 88:24 overruled. |

| | | | |
|---|---|---|---|
| 90:24 – 91:3 | Objection: | Overruled. | |
| 94:17 – 22 | Objection: | Sustained. | |
| 96:8 – 10 | Objection: | Overruled. | |
| 97:1 – 98:24 | Objection: | Lines 97:1 to 97:15 are not designated; lines 97:16 to 98:19 overruled; lines 98:20 to 98:24 are not designated. | |
| 103:1 – 24 | Objection: | Only lines 103:6 to 103:8 are designated, as to those lines, overruled. | |
| 105:1 – 106:24 | Objection: | Only lines 105:5 to 105:15 and 106:18 to 106:22 are designated, as to those lines, overruled. | |
| 107:23 – 24 | Objection: | Overruled. | |
| 108:2 | Objection: | Overruled. | |
| 112:1 – 113:24 | Objection: | Only lines 112:10 to 112:17 and 113:21 to 113:24 are designated, as to those lines, overruled. | |
| 115:1 – 24 | Objection: | Only lines 115:16-18 are designated by Plaintiff, as to those lines, overruled. | |
| 134:1 – 24 | Objection: | Only lines 134:6 to 134:14 are designated, as to those lines, overruled. | |
| 138:1 – 139:24 | Objection: | Only lines 138:16 to 139:8 are designated, as to those lines, overruled. | |

Plaintiff's objections to the deposition testimony of Dr. Cyril Bohachevsky (Docket #134):

| | | |
|---|---|---|
| 31:1 – 32:25 | Objection: | Overruled. |
| 38:19 – 39:1 | Objection: | Overruled. |
| 40:22 – 41:2 | Objection: | Overruled. |
| 53:25 – 54:14 | Objection: | Overruled. |

Defendants' objections to the deposition testimony of Dr. Cyril Bohachevsky (Docket #129):

| | | |
|---|---|---|
| 26:18 – 27:8 | Objection: | Overruled. |
| 30:6 – 30:19 | Objection: | Overruled. |

SO ORDERED this 22nd day of February, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge

3