IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 05-cv-02510-MEH-CBS

WILLIAM COUMERILH,

      Plaintiff;

v.

TRICAM INDUSTRIES, INC.; and
RMM CORPORATION,
d/b/a Tricam International;

      Defendant.

---

## ORDER OF DISMISSAL OF PARTY WITH PREJUDICE
---

      This matter is before the Court on the parties' stipulation for dismissal of Defendant RMM Corporation from this action. The Stipulation is in compliance with Fed.R.Civ.P. 41(a)(1)(ii), and therefore, shall be approved and granted by the Court.

      Accordingly, it is ORDERED that the Stipulated Dismissal of Defendant RMM Corporation with Prejudice [Filed February 26, 2007; Docket #144] is **granted.** It is further ORDERED that this matter is dismissed with prejudice as against Defendant RMM Corporation, with all parties to pay their own attorney's fees and costs.

      Dated at Denver, Colorado, this 27th day of February, 2007.

                                              BY THE COURT:

                                              s/ Michael E. Hegarty
                                              Michael E. Hegarty
                                              United States Magistrate Judge