IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael E. Hegarty

Civil Action No. 05-cv-02510-MEH-CBS

WILLIAM COUMERILH,

    Plaintiff,

v.

TRICAM INDUSTRIES, INC.;

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 2007

GREGORY C. LANGHAM
CLERK

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

    It is stipulated that at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

    DATED at Denver, Colorado, this __1st__ day of March, 2007.

BY THE COURT:

_____
MICHAEL E. HEGARTY, Magistrate Judge
United States District Court

_____
Angela L. Ekker
Attorney for Plaintiff

_____
Paul V. Kaulas
Attorney for Defendant

_____
Peter J. Moyson
Attorney for Defendant