IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 05-cv-02510-MEH-CBS

WILLIAM COUMERILH,

    Plaintiff;

v.

TRICAM INDUSTRIES, INC.; and
RMM CORPORATION,
d/b/a Tricam International;

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 12, 2007.**

    Plaintiff's Motion to Amend Judgment [Filed March 9, 2007; Docket #156] is **denied**, without prejudice, based upon an incomplete certification under D.C.COLO.LCivR 7.1(A).