IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 05-cv-02510-MEH-CBS

WILLIAM COUMERILH,

    Plaintiff;

v.

TRICAM INDUSTRIES, INC.; and
RMM CORPORATION,
d/b/a Tricam International;

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 16, 2007.**

    For good cause shown, Plaintiff's Unopposed Motion to Amend Judgment [Filed March 14, 2007; Docket #160] is **granted**.

    The Judgment in this matter shall be amended to reflect that Plaintiff is awarded pre-judgment interest of 9% per annum from December 13, 2003, until March 5, 2007.