IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02510-MEH-CBS

WILLIAM COUMERILH,

    Plaintiff,

v.

TRICAM INDUSTRIES, INC., a Minnesota corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 19, 2007.**

    Due to a notification by the parties that this matter had settled, the hearing on Defendant's Motion for a New Trial, set for June 6, 2007, was vacated. The parties were ordered to submit a motion withdrawing the Motion for a New Trial, or some other means of resolving this matter, by June 15, 2007. Docket #176.

    Nothing was received. Accordingly, Defendant's Motion for a New Trial [Filed March 29, 2007; Docket #165] is **denied without prejudice**, and this case is **terminated**.